AARON M. KINIKINI (Bar No. 10225)
NATE CRIPPES (Bar No. 14622)
Disability Law Center
205 North 400 West
Salt Lake City, Utah   84103
Phone:  (801) 363-1347
Fax:  (801) 363-1437

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BENJAMIN THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>RUSTLER LODGE, INC.,<br><br>    Defendant. | **STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:18-cv-00340-PMW<br><br>Chief Magistrate Paul M. Warner |

Plaintiff Benjamin Thomas, and defendant Rustler Lodge, Inc. ("Rustler Lodge"), by and through their counsel, hereby stipulate and agree that the lawsuit against Rustler Lodge and all claims asserted in the lawsuit against Rustler Lodge are dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.  Plaintiff and Rustler Lodge jointly move for an order of Dismissal with Prejudice in conformity herewith.

DATED this **7** day of **November, 2018**.

DISABILITY LAW CENTER

/s/ Nate Crippes
Nate Crippes

*Attorneys for Plaintiff*

DATED this **7** Day of **November, 2018.**

ROBERT J. DEBRY & ASSOCIATES

/s/ Brad DeBry (with permission)
Brad Debry

*Attorneys for Defendant Rustler Lodge, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the **<u>7th</u>** day of **<u>November, 2018</u>** that I filed with the clerk of the court a true and correct copy of the foregoing document titled, **Stipulation and Joint Motion to Dismiss with Prejudice**, using the CM/ECF system. I also sent a courtesy copy of the document to the following using electronic mail:

Brad DeBry
<u>BradD@robertdebry.com</u>

*Attorney for Defendants*

Chief Magistrate Paul M. Warner
<u>Utdecf_warner@utd.uscourts.gov</u>

<u>/s/ Alberto Muller</u>