IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BENJAMIN THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>RUSTLER LODGE, INC.,<br><br>    Defendant. | **ORDER OF DISMISSAL<br>WITH PREJUDICE**<br><br>Case No. 2:18-cv-00340-DN<br><br>District Judge David Nuffer |

Based upon the Parties Stipulation and Joint Motion to Dismiss with Prejudice (the "Motion"),[1] and for good cause appearing,

IT IS HEREBY ORDERED that the Motion[2] is GRANTED. The Complaint and all proceedings in this case are dismissed with prejudice.

The Clerk is directed to close the case.

Signed November 13, 2018.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[1] Stipulation and Joint Motion to Dismiss with Prejudice, docket no. 11, filed November 7, 2018.

[2] *Id.*