IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BENJAMIN THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>RUSTLER LODGE, INC.,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case No. 2:18-cv-00340-DN<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice.

Signed November 13, 2018.

BY THE COURT:

_____
David Nuffer
United States District Judge